IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
PUTNAM COUNTY, FLORIDA.

CASE NO: 2019-365-CA
DIVISION: 53

SHEILA PEACHER,

      Plaintiff,

v.

DOLLAR GENERAL CORPORATION,

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, SHEILA PEACHER, by and through the undersigned attorney, sues Defendant, DOLLAR GENERAL CORPORATION, and alleges:

1.    This is an action for damages in excess of $15,000.00.

2.    At all times material hereto, the Plaintiff, SHEILA PEACHER, was a resident of Interlachen, Putnam County, Florida.

3.    At all times material hereto the Defendant, DOLLAR GENERAL CORPORATION, was a Tennessee Profit Corporation authorized to conduct business in Interlachen, Putnam County, Florida.

4.    On or about August 16, 2018, Defendant, DOLLAR GENERAL CORPORATION, was the owner and was in possession of the premises located at 1113 FL-20, Interlachen, Putnam County, Florida.

5.     That at all times material hereto, Defendant as owner, manager and operator in possession of said premises located at 1113 FL-20, Interlachen, Putnam County, Florida, had a duty to maintain the premises in a reasonably safe condition.

6.     At that time and place, Plaintiff, SHEILA PEACHER, was a customer and invitee at the property owned and managed by Defendant when she tripped on a bowed metal strip, causing her to fall.

7.     Defendant negligently maintained the premises so that Plaintiff, SHEILA PEACHER, tripped and fell on a bowed metal strip, which was known to Defendant, DOLLAR GENERAL CORPORATION, or which had existed for a sufficient length of time so that Defendant, DOLLAR GENERAL CORPORATION, should have known of it.  The Defendant, DOLLAR GENERAL CORPORATION, directly and proximately caused the accident because it failed to keep the premises in a reasonably safe condition for its customers.

8.     As a direct and proximate result of the aforesaid negligence, Plaintiff, SHEILA PEACHER, suffered bodily injury and the resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expensive hospitalization, medical care and treatment, loss of ability to earn money, aggravation of a previously existing condition.  The losses are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

**WHEREFORE**, Plaintiff, SHEILA PEACHER, demands judgment for damages against Defendant, DOLLAR GENERAL CORPORATION, and trial by jury of all issues herein.

Dated this 8th day of October, 2019.

**MORGAN & MORGAN**

2

/s/ Albert H. Lechner, Esq.
**Albert H. Lechner, Esquire**
Florida Bar No.: 0022717
2601 N. Ponce De Leon Blvd
St. Augustine, Florida 32084
Phone: (904) 417-4170
E-Mail: alechner@forthepeople.com
E-Mail: mdijanni@forthepeople.com
E-Mail: akoslo@forthepeople.com
Attorney for Plaintiff