# IN THE UNITED STATES DISTRICT COURT, FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

CASE NO: **3:20-cv-00757-MMH-PDB**

SHEILA PEACHER,

    Plaintiff,

v.

DOLLAR GENERAL CORPORATION,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, SHEILA PEACHER, pursuant to Local Rule 3.08, hereby submits his notice that a settlement agreement has been reached with the Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished, by eservice this 26th day of October, 2020, to:

Russell F. Bergin, Esq.
Law Office of Russell F. Bergin, P.A.
698 W. Highway 50
Clermont, Florida 34711
*Attorney for Defendant*

                        **MORGAN & MORGAN**

                        /s/ Albert H. Lechner, Esq.
                        **Albert H. Lechner, Esquire**
                        Florida Bar No.: 0022717
                        2601 N. Ponce De Leon Blvd
                        St. Augustine, Florida 32084
                        Phone: (904) 417-4170

E-Mail: alechner@forthepeople.com
E-Mail: skhan@forthepeople.com
E-Mail: aandrade@forthepeople.com
Attorney for Plaintiff