## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

SHEILA PEACHER,

        Plaintiff,

v.    Case No.   3:20-cv-757-J-34PDB

DOLLAR GENERAL CORPORATION,

        Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 22; Stipulation) filed on December 7, 2020. In the Stipulation, the parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own attorney's fees and costs.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of December, 2020.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record